Jeff S. Westerman (SBN 94559)
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (310) 752-9385
Facsimile: (877) 500-8781
Jeff.westerman@zimmreed.com

Brian C. Gudmundson
Michael J. Laird
Rachel K. Tack
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rebecca Scifo, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Carrington Mortgage Services, LLC & Alvaria, Inc.<br><br>Defendants. | CASE NO.: 8:23-CV-00805<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff Rebecca Scifo, by and through undersigned counsel, hereby gives notice that she is voluntarily dismissing all claims against Defendants Carrington Mortgage Services, LLC & Alvaria, Inc., pending in the above captioned case, without prejudice. Defendant Alvaria, Inc. ("Alvaria") is a Massachusetts company and provides workforce management and call center technology solutions to business customers, including Defendant Carrington Mortgage Services, LLC ("Carrington"). This action arises from an alleged data breach of defendant Alvaria's systems, which allegedly impacted customers of Carrington, among others. There are currently four (4) actions arising from Alvaria's alleged data breach pending in the District of Massachusetts:

- *Nulf v. Alvaria, Inc. et al.*, Case No. 1:23-cv-10999-ABD (Filed May 5, 2023)
- *Cronin et al. v. Alvaria, Inc. et al.*, Case No. 1:23-cv-11007-ADB (Filed May 8, 2023)
- *Pharr v. Alvaria, Inc. et al.*, Case No. 1:23-cv-11053-AK (Filed May 11, 2023)
- *Cerda v. Alvaria, Inc. et al.*, Case No. 1:23-cv-11088-AK (Filed May 15, 2023)

To Plaintiff's knowledge, there are no other federal actions pending in the Central District of California or any federal districts other than the District of Massachusetts. Accordingly, Plaintiff has agreed to seek voluntary consolidation with those Massachusetts actions. To save the burden on the respective Courts associated with a formal motion pursuant to 28 U.S.C. § 1404, Plaintiff has agreed to dismiss this action and refile it in the District of Massachusetts with the other cases so that it may be more easily included in a motion for consolidation there.

Plaintiff states that Defendants have not filed an answer or motion for summary judgment. This case is not governed by any federal statute that requires a court order for dismissal. No counter claims are pending for independent adjudication. Plaintiff files this Notice of Dismissal with the intention of dismissing all of her claims against all Defendants, without prejudice.

Plaintiff hereby dismisses all of her claims against all Defendants without prejudice.

Respectfully submitted,

Date: May 19, 2023        By:    */s/ Jeff Westerman*
Jeff Westerman (SBN 94559)
**ZIMMERMAN REED LLP**
6420 Wilshire Blvd., Suite 1080
Los Angeles, CA 90048
Telephone: (877) 500-8780
Facsimile: (877) 500-8781
jeff.westerman@zimmreed.com

Brian C. Gudmundson
Michael J. Laird
Rachel K. Tack
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

*Attorneys for Plaintiff*